Darrel C. Menthe (SBN 186252)
E-mail: dmenthe@sagelawpartners.com
**SAGE LAW PARTNERS, P.C.**
9696 Culver Boulevard, Suite 301
Culver City, CA 90232
Tel:  (310) 388-4870
Fax: (310) 388-4871

*Attorneys for Defendants Green King LA Inc.,
 and Dr. Vape Group LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MONDELEZ CANADA, INC. | **CASE NO:** 2:19-cv-6245-CJC-SS |
| Plaintiff, | **ANSWER OF GREEN KING LA INC., and DR. VAPE GROUP LLC TO COMPLAINT** |
| v. | |
| STONEY PATCH, GREEN KING LA INC, DR VAPE GROUP LLC, VAPE HUB LLC, 4TWENTYHUB, and DOES 1-10, , | **DEMAND FOR JURY** |
| Defendants. | |

COME NOW GREEN KING LA INC., and DR. VAPE GROUP LLC by and through its counsel of record, hereby answer the Complaint for THEMSELVES and for no others as follows:

## ANSWER TO ALLEGATIONS

1. Defendants lack sufficient knowledge or information to be able to admit or deny the allegations of this paragraph and therefore deny them.

2. Defendants lack sufficient knowledge or information to be able to admit or deny the allegations of this paragraph and therefore deny them.

3. Defendants deny the allegations of this paragraph.

4. Defendants deny the allegations of this paragraph.

5. Defendants lack sufficient knowledge or information to be able to admit or deny the allegations of this paragraph and therefore deny them.

6. Defendants lack sufficient knowledge or information to be able to admit or deny the allegations of this paragraph and therefore deny them.

7. Defendants deny the allegations of this paragraph.

8. Defendants deny the allegations of this paragraph.

9. Defendants deny the allegations of this paragraph.

10. Defendants deny the allegations of this paragraph.

## PARTIES

11. Defendants admit the allegations of this paragraph as to jurisdiction.

12. Defendants lack sufficient knowledge or information to be able to admit or deny the allegations of this paragraph and therefore deny them.

13. Defendants admit the allegations of this paragraph as to the address only.

14. Defendants admit the allegations of this paragraph as to the address only.

ANSWER TO COMPLAINT OF GREEN KING LA INC., and DR. VAPE GROUP LLC

15.     Defendants lack sufficient knowledge or information to be able to admit or deny the allegations of this paragraph and therefore deny them.

16.     Defendants lack sufficient knowledge or information to be able to admit or deny the allegations of this paragraph and therefore deny them.

17.     Defendants lack sufficient knowledge or information to be able to admit or deny the allegations of this paragraph and therefore deny them.

## VENUE

18.     Defendants admit the allegations of this paragraph as to jurisdiction and venue.

19.     Defendants admit the allegations of this paragraph as to jurisdiction and venue.

20.     Defendants admit the allegations of this paragraph as to themselves only.

21.     Defendants admit the allegations of this paragraph as to themselves only.

## PARTIES

22.     Defendants admit the allegations of this paragraph as to the relationship of MCI and Mondelez International, but not as to the allegations regarding the range or iconic nature of its products, as to which Defendants lack sufficient information to admit or deny.

23.     Defendants lack sufficient knowledge or information to be able to admit or deny the allegations of this paragraph and therefore deny them.

24.     Defendants admit the allegations of this paragraph except as to the characterizations of the trade dress as to its distinctiveness or other qualities.

25.     Defendants lack sufficient knowledge or information to be able to admit or deny the allegations of this paragraph and therefore deny them.

ANSWER TO COMPLAINT OF GREEN KING LA INC., and DR. VAPE GROUP LLC

26. Defendants lack sufficient knowledge or information to be able to admit or deny the allegations of this paragraph and therefore deny them.

27. Defendants lack sufficient knowledge or information to be able to admit or deny the allegations of this paragraph and therefore deny them.

28. Defendants lack sufficient knowledge or information to be able to admit or deny the allegations of this paragraph and therefore deny them.

29. Defendants lack sufficient knowledge or information to be able to admit or deny the allegations of this paragraph and therefore deny them.

30. Defendants lack sufficient knowledge or information to be able to admit or deny the allegations of this paragraph and therefore deny them.

31. Defendants lack sufficient knowledge or information to be able to admit or deny the allegations of this paragraph and therefore deny them.

32. Defendants lack sufficient knowledge or information to be able to admit or deny the allegations of this paragraph and therefore deny them.

33. Defendants lack sufficient knowledge or information to be able to admit or deny the allegations of this paragraph and therefore deny them.

34. Defendants lack sufficient knowledge or information to be able to admit or deny the allegations of this paragraph and therefore deny them.

35. Defendants lack sufficient knowledge or information to be able to admit or deny the allegations of this paragraph and therefore deny them.

36. Defendants deny the allegations of this paragraph.

37. Defendants deny the allegations of this paragraph.

38. Defendants lack sufficient knowledge or information to be able to admit or deny the allegations of this paragraph and therefore deny them.

39. Defendants deny the allegations of this paragraph.

40. Defendants deny the allegations of this paragraph.

ANSWER TO COMPLAINT OF GREEN KING LA INC., and DR. VAPE GROUP LLC

41. Defendants deny the allegations of this paragraph.

42. Defendants deny the allegations of this paragraph.

43. Defendants deny the allegations of this paragraph.

44. Defendants deny the allegations of this paragraph.

45. Defendants deny the allegations of this paragraph.

46. Defendants deny the allegations of this paragraph.

47. Defendants deny the allegations of this paragraph.

48. Defendants lack sufficient knowledge or information to be able to admit or deny the allegations of this paragraph and therefore deny them.

49. Defendants lack sufficient knowledge or information to be able to admit or deny the allegations of this paragraph and therefore deny them.

50. Defendants deny the allegations of this paragraph.

51. Defendants deny the allegations of this paragraph.

52. Defendants deny the allegations of this paragraph.

**FIRST CLAIM FOR RELIEF**

53. Defendants incorporate by reference their responses to the indicated realleged paragraphs.

54. Defendants deny the allegations of this paragraph.

55. Defendants deny the allegations of this paragraph.

56. Defendants deny the allegations of this paragraph.

57. Defendants deny the allegations of this paragraph.

58. Defendants deny the allegations of this paragraph.

**SECOND CLAIM FOR RELIEF**

59. Defendants incorporate by reference their responses to the indicated realleged paragraphs.

ANSWER TO COMPLAINT OF GREEN KING LA INC., and DR. VAPE GROUP LLC

60. Defendants deny the allegations of this paragraph.

61. Defendants deny the allegations of this paragraph.

62. Defendants deny the allegations of this paragraph.

63. Defendants deny the allegations of this paragraph.

64. Defendants deny the allegations of this paragraph.

### THIRD CLAIM FOR RELIEF

65. Defendants incorporate by reference their responses to the indicated realleged paragraphs.

66. Defendants deny the allegations of this paragraph.

67. Defendants deny the allegations of this paragraph.

68. Defendants deny the allegations of this paragraph.

69. Defendants deny the allegations of this paragraph.

70. Defendants deny the allegations of this paragraph.

71. Defendants deny the allegations of this paragraph.

72. Defendants deny the allegations of this paragraph.

### FOURTH CLAIM FOR RELIEF

73. Defendants incorporate by reference their responses to the indicated realleged paragraphs.

74. Defendants deny the allegations of this paragraph.

75. Defendants deny the allegations of this paragraph.

76. Defendants deny the allegations of this paragraph.

77. Defendants deny the allegations of this paragraph.

78. Defendants deny the allegations of this paragraph.

79. Defendants deny the allegations of this paragraph.

ANSWER TO COMPLAINT OF GREEN KING LA INC., and DR. VAPE GROUP LLC

## FIFTH CLAIM FOR RELIEF

80. Defendants incorporate by reference their responses to the indicated realleged paragraphs.

81. Defendants deny the allegations of this paragraph.

82. Defendants deny the allegations of this paragraph.

83. Defendants deny the allegations of this paragraph.

84. Defendants deny the allegations of this paragraph.

85. Defendants deny the allegations of this paragraph.

## SIXTH CLAIM FOR RELIEF

86. Defendants incorporate by reference their responses to the indicated realleged paragraphs.

87. Defendants deny the allegations of this paragraph.

88. Defendants deny the allegations of this paragraph.

89. Defendants deny the allegations of this paragraph.

90. Defendants deny the allegations of this paragraph.

91. Defendants deny the allegations of this paragraph.

## SEVENTH CLAIM FOR RELIEF

92. Defendants incorporate by reference their responses to the indicated realleged paragraphs.

93. Defendants deny the allegations of this paragraph.

94. Defendants deny the allegations of this paragraph.

ANSWER TO COMPLAINT OF GREEN KING LA INC., and DR. VAPE GROUP LLC

## PRAYER FOR RELIEF

Defendants deny any entitlement to relief in favor of Plaintiff as against themselves and each of them.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

### (Failure to State a Claim)

The Complaint on one or more counts set forth therein fail to state a claim upon which relief can be granted.

### Second Affirmative Defense

### (Statutes of Limitation)

The claims made in the Complaint are barred by the applicable statutes of limitation.

### Third Affirmative Defense

### (Fair Use)

The claims made in the Complaint are barred, in whole or in part, by the doctrines of fair use, nominative fair use, and/or descriptive use.

### Fourth Affirmative Defense

### (Functionality)

The claims made in the Complaint are barred, in whole or in part, on the basis that any marks at issue are functional.

### Fifth Affirmative Defense

### (Innocent Infringement)

The claims made in the Complaint are barred, in whole or in part, because any infringement, if any, was innocent.

### Sixth Affirmative Defense

ANSWER TO COMPLAINT OF GREEN KING LA INC., and DR. VAPE GROUP LLC

**(Generic Terms)**

The claims made in the Complaint are barred, in whole or in part, on the basis that some or all of the marks are generic.

**Seventh Affirmative Defense**

**(Lack of Secondary Meaning)**

The claims made in the Complaint are barred, in whole or in part, on the basis that some or all of the marks lack secondary meaning.

**Eighth Affirmative Defense**

**(Waiver and Estoppel)**

The claims made in the Complaint are barred, in whole or in part, by the doctrines of waiver, acquiescence, and estoppel.

**Ninth Affirmative Defense**

**(No Infringement)**

The claims made in the Complaint are barred, in whole or in part, because Defendants have not infringed any applicable trademarks.

**Tenth Affirmative Defense**

**(Mitigation)**

The claims made in the Complaint are barred, in whole or in part, because Plaintiff has failed to mitigate damages, if any.

**Eleventh Affirmative Defense**

**(Causation)**

The claims made in the Complaint are barred, in whole or in part, because Plaintiff's damages, if any, were not caused by these Defendants.

**Twelfth Affirmative Defense**

**(First Amendment)**

The claims made in the Complaint are barred, in whole or in part, by the First Amendment to the United States Constitution.

**WHEREFORE,** Defendants prays for relief as follows:

    1.    That Plaintiff take nothing by its Complaint and that the Complaint be dismissed in its entirety.

    2.    An award of costs in this action including attorneys' fees if permitted by law or contract.

    3.    Such other, further, and different relief as the Court deems just and proper.

                                           **SAGE LAW PARTNERS, P.C.**

Dated:  February _____, 2020        By:___/s/Darrel C. Menthe_____
                                                  Darrel C. Menthe
                                                  *Attorneys for Defendants Green King LA Inc., and Dr. Vape Group LLC*

## **DEMAND FOR JURY TRIAL**

    Defendants hereby requests a trial by jury.

                                           **SAGE LAW PARTNERS, P.C.**

Dated:  February _____, 2020        By:___/s/Darrel C. Menthe_____
                                                  Darrel C. Menthe
                                                  *Attorneys for Defendants Green King LA Inc.,and Dr. Vape Group LLC*

ANSWER TO COMPLAINT OF GREEN KING LA INC., and DR. VAPE GROUP LLC