UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

CIVIL MINUTES – GENERAL

| Case No. | CV 19-06245-CJC (SSx) | Date | May 8, 2020 |
|---|---|---|---|
| Title | Mondelez Canada Inc. v. Stoney Patch et al | | |

Present: The Honorable  CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Gabriela Garcia | None Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF VOLUNTARY DISMISSAL

Plaintiff filed this case against Stoney Patch, Green King LA Inc, Dr Vape Group LLC, Vape Hub LLC, 4TWENTYHUB [18.] On March 17, 2020, the Court entered judgment against Vape Hub LLC. [Dkt. 28.] On April 28, 2020, the Court entered judgment against Dr Vape Group LLC and Green King LA Inc. [Dkt. 32 and Dkt. 33.] On May 4, 2020, Plaintiff voluntarily dismissed Stoney Patch and 4TWENTYHUB [36.] Accordingly, the Court hereby orders this action **DISMISSED** without prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

In light of the voluntary dismissal, the Court further orders the Order to Show Cause [34] issued on April 28, 2020 discharged.

                                                                    -     :    -

                                       Initials of Deputy Clerk   gga